UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20479-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RENOL MURAT

        Defendant.

_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION AND DENYING MOTION TO SUPPRESS

This cause is before the Court on Defendant's objections to the Report and Recommendation issued by Hon. Andrea Simonton on September 9, 2008. In the Report and Recommendation, Magistrate Judge Simonton recommends denial of Defendant's motion to suppress physical evidence. Defendant asserts three objections. The first two represent mere disagreement with the Magistrate Judge's factual conclusion that the Defendant voluntarily consented to the police officers' entry into his apartment. Defendant's third objection is that the evidence presented at the suppression hearing proved that the police officers seized the physical evidence (consisting mainly of drugs and guns) without first obtaining a warrant.

The Court has made a *de novo* review of the record and perceives no reason to reject the Magistrate Judge's factual findings that the defendant consented to the entry into his apartment and that his consent was voluntary. The Court further notes the Magistrate Judge's alternative finding that the police offers had probable cause to believe that there were drugs inside the apartment and, accordingly, had the right to enter based on exigent circumstances, which alternative conclusion is not challenged by the Defendant. With regard to the Defendant's

contention that the evidence established that property was seized before the search warrant issue, the Magistrate Judge concluded otherwise as explained in footnote 11 at page 10 of the Report and Recommendation and found, alternatively, that the guns and drugs were subject to seizure in any event because they were in plain view. Again, the Defendant has not challenged the alternative finding.

Credibility determinations are typically the province of the fact finder because the fact finder personally observes the testimony and is thus in a better position than a reviewing court to assess credibility of witnesses. *United States v. Ramirez-Chilel, 289 F.3d 744, 749 (11th Cir. 2002)*. Therefore, the court should defer to the magistrate judge's determinations unless her understanding of the facts appears to be "unbelievable." *Id.* After reviewing the transcript from the suppression hearing, the undersigned cannot possibly say that the Magistrate Judge's findings are unbelievable. Accordingly, it is hereby

ORDERED AND ADJUDGED that the objections are overruled and that the Report and Recommendation is adopted and affirmed in all respects.

DONE AND ORDERED this 25 day of September, 2008 at Miami, Florida.

/s/ Ursula Ungaro
Ursula Ungaro
DISTRICT JUDGE

cc. Counsel of Record